IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD STANLEY, as the trustee of THE RICHARD STANLEY FAMILY TRUST, and JOHN LOCKE, as the trustee of THE JOHN LOCKE FAMILY TRUST,<br><br>    Plaintiffs,<br><br>vs.<br><br>LIVE VENTURES, INCORPORATED,<br><br>    Defendant. | C.A. No. 1:24-cv-00970-CFC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal with prejudice of this action in its entirety.

Each party shall bear its own costs of the action.

By:

*Lisa M. Zwally*
Lisa M. Zwally
DE Bar ID No. 4328
GREENBERG TRAURIG, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
*Attorney for Defendant*

Dated: December 30, 2024

*Shari Lumb Milewski*
Shari Lumb Milewski
DE Bar ID No. 5362
MARON MARVEL BRADLEY
 ANDERSON & TARDY LLC
1201 N. Market Street, Suite 1100
Wilmington, DE 19801
*Attorney for Plaintiffs*

Dated: December 30, 2024

SO ORDERED this 30th day of December, 2024

_____
UNITED STATES DISTRICT JUDGE